**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar #207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email:  Decker@luch.com

Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br> H. L. MOE CO., INC., a California corporation, et al., <br><br>　　　　Defendants. | CASE NO.:  CV 08-6633 CAS (AJWx) <br><br> **ORDER** |

　　　　IT IS HEREBY ORDERED that the Stipulation For Dismissal With Prejudice is approved.  The above-entitled action is dismissed with prejudice.

DATED: July 19, 2012

　　　　　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-

**ORDER**

258055.1